IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01578-WDM-PAC

STEVE SPANGLER, INC., and
STEVE SPANGLER,

    Plaintiff(s),

v.

SCIENTIFIC EXPLORER, INC., and
WILLIAM RIVES,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Joint Motion to Vacate Settlement Conference [filed November 29, 2005; Doc. No. 26] is **GRANTED** as follows:

    The Settlement Conference set for December 5, 2005 is *vacated.*

Dated:  December 2, 2005